IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL EDWARDS,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 09-cv-292-MJR ) |
| **DR. OBADINA,** *et al.*, | ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Michael Edwards shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 11/6/2009

NANCY J. ROSENSTENGEL, CLERK

By: s/ Annie McGraw
Deputy Clerk


APPROVED:   s/ Michael J. Reagan
Michael J. Reagan
United States District Judge