IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 09-cv-292-MJR |
| | ) | |
| **DR. OBADINA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion for relief from final order (Doc. 42). Plaintiff filed a prisoner civil rights complaint (Doc. 1) which this Court dismissed pursuant to 28 U.S.C. § 1915A.  *See* (Docs. 7 and 8).

Plaintiff filed a notice of appeal (Doc. 9) with respect to this Court's dismissal of his complaint.  This appeal was assigned Case No. 09-3988 by the Seventh Circuit Court of Appeals.  Plaintiff also requested leave to proceed *in forma pauperis* with respect to this appeal (Doc. 14).  This Court denied Plaintiff leave to proceed *in forma pauperis* on appeal with respect to Case No. 09-3988.  *See* (Doc. 18).  The Seventh Circuit, however, determined that this Court had improperly denied Plaintiff leave to proceed *in forma pauperis* on appeal with respect to Case No. 09-3988.  *See* (Doc. 35).  Accordingly, the Seventh Circuit Court of Appeals granted Plaintiff leave to proceed *in forma pauperis* on appeal with respect to Case No. 09-3988 and directed this Court to assess and collect an initial partial filing fee.  *Id.*  As directed by the Court of Appeals, this Court assessed an initial partial filing fee of $15.13 (Doc. 38) which Plaintiff

paid on or about July 15, 2010. This Court's records reveal that Case No. 09-3988 is still pending before the Court of Appeals.

Inexplicably and unnecessarily, Plaintiff also filed two more notices of appeal in this case. *See* (Docs. 20 and 29). These additional notices of appeal were assigned the following case numbers by the Seventh Circuit Court of Appeals: 10-1413 and 10-1630. Plaintiff sought leave to proceed *in forma pauperis* with respect to Case No. 10-1413, *see* (Doc. 21), but not Case No. 10-1630. This Court denied Plaintiff's motion to proceed *in forma pauperis* on appeal with respect to Case No. 10-1413. *See* (Doc. 25). The Seventh Circuit ultimately dismissed both Case No. 10-1413 and Case No. 10-1630. *See* (Docs. 37 and 41).

Because Plaintiff's appeal from this Court's Orders dismissing his complaint (Docs. 7 and 8) arecurrently pending before the Seventh Circuit of Appeals as Case No. 09-3988; because the Seventh Circuit Court of Appeals granted Plaintiff leave to proceed *in forma pauperis* on appeal with respect to Case No. 09-3988; and because Plaintiff has paid the initial filing fee assessed by this Court for Case No. 09-3988, Plaintiff's motion for relief from final order (Doc. 42) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED this 5th day of October, 2010.**

                                            **s/ Michael J. Reagan**
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**